# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: 8-5-2006

DIGITAL RECORDING: 3:57 – 4:16 pm

- ☒ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Boyd   DEPUTY CLERK: sql

CASE NO.: 3:06CR57-MHT   DEFT. NAME: Oras Keith DRIVER

USA: Brunson   ATTY: Bethel

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO; ( ) Stand In ONLY

USPTSO/USPO: Martin

Defendant ____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO ____ YES   NAME: _____

☒ kars. — Date of Arrest 9-1-06  or  ☐ karsr40
☒ kia. — Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
☒ kcnsl. — Deft. First Appearance with Counsel
☐ — Deft. First Appearance without Counsel
☐ — Requests appointed Counsel   ☐ ORAL MOTION for Appointment of Counsel
☒ kfinaff. — Financial Affidavit executed ☐ to be obtained by PTSO
☒ koappted — ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
☐ k20appt. — Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐ — Deft. Advises he will retain counsel. Has retained _____
☐ — Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
☒ — Government's WRITTEN Motion for Detention Hrg. filed.
☒ kdmhrg. — Detention Hearing ☐ held; ☒ set for 9-7-06 – 10 am
☐ kotempdtn. — ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ kodtn. — ORDER OF DETENTION PENDING TRIAL entered
☐ kocondrls. — Release order entered. Deft. advised of conditions of release
☐ kbnd. — ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
☐ — ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☒ kloc.(LC) — Bond **NOT** executed. Deft to remain in Marshal's custody
☐ — Preliminary Hearing ☐ Set for _____
☐ ko. — Deft. **ORDERED REMOVED** to originating district
☐ kwvprl. — Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
☐ — Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
☐ karr. — ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
☐ — Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
— DISCOVERY DISCLOSURES DATE: 9-5-06
☐ krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
☐ krmvhrg. — Identity/Removal Hearing set for _____
☐ kwvspt — Waiver of Speedy Trial Act Rights Executed