IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 3:06-CR-00057-MHT |
| | ) | |
| ORAS KEITH DRIVER | ) | |

### ORDER ON MOTION

Pursuant to the *Government's Motion for Detention Hearing* (Doc. 4, filed September 5, 2006), it is

**ORDERED** that the *Motion* is **GRANTED to the extent that it seeks a detention hearing.** Accordingly, a detention hearing is hereby set at 10:00 a.m. on Thursday, September 7, 2006 in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, Alabama 36104.

The defendant shall be remanded to the custody of the United States Marshal pending the hearing.

Done this 6th day of September, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE