- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☑ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☑ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Boyd   DEPUTY CLERK: sql

CASE NO.: 3:06CR57-MHT   DEFT. NAME: Oras Keith DRIVER

USA: Brunson   ATTY: Petersen
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: Martin

Defendant ____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO ____ YES NAME: ____

Date of Arrest ____ or ☐ karsr40
Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
Deft. First Appearance with Counsel
Deft. First Appearance without Counsel
Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel
Financial Affidavit executed ☐ to be obtained by PTSO
ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
Panel Attorney Appointed; ☐ to be appointed - prepare voucher
Deft. Advises he will retain counsel. Has retained ____
Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
Government's WRITTEN Motion for Detention Hrg. filed.
☑ Detention Hearing ☑ held; ☐ set for ____
ORDER OF TEMPORARY DETENTION PENDING HEARING entered
ORDER OF DETENTION PENDING TRIAL entered
Release order entered. Deft. advised of conditions of release
☐ BOND EXECUTED (M/D AL charges) $____. Deft released (kloc LR)
☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
✓ Bond NOT executed. Deft to remain in Marshal's custody
Preliminary Hearing ☐ Set for ____
Deft. ORDERED REMOVED to originating district
Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
✓ ARRAIGNMENT SET FOR: ____ ☑ HELD. Plea of NOT GUILTY entered.
☐ Set for ____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: ____
DISCOVERY DISCLOSURES DATE: 9-5-06
NOTICE to retained Criminal Defense Attorney handed to Counsel
Identity/Removal Hearing set for ____
**Waiver of Speedy Trial Act Rights Executed**