AO 432 (Rev. 2/84)

Administrative Office of the United States Courts

**WITNESS AND EXHIBIT RECORD**

UNITED STATES v. DRIVER

| DATE 09/07/2006 | CASE NUMBER 3:06CR57-MHT | OPERATOR S. Q. Long, Jr., | | PAGE NUMBER 1 | |
|---|---|---|---|---|---|
| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
| Athen Reeves | Brunson | Petersen | | | MJ BOYD |
| Tamara Martin | " | " | Brunson Petersen | | " |
| Teneshia Nunn | Petersen | Brunson | | | " |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| | | | |