# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☐ Northern  ☐ Southern  ☒ Eastern

HON. Delores R. Boyd          AT Montgomery, Alabama
DATE COMMENCED 9-25-2006      @ 11:15  ☒ a.m. ☐ p.m
DATE COMPLETED 9-25-2006      @ 11:10  ☒ a.m. ☐ p.m

CASE NO. 3:06CR57-MHT

UNITED STATES OF AMERICA          VS.          ORAS KEITH DRIVER
Plaintiff(s)                                    Defendant(s)

## APPEARANCES

**Plaintiff(s)/Government**          **Defendant(s)**
Kent Brunson                        Mike Petersen

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.         Crt Rptr: _____
Law Clerk: _____                   Interpreter: _____
USPO/USPTS: _____                  Other: _____

## PROCEEDINGS:

☐ Motion Hearing: _____
☐ Status Conference      ☐ Oral Argument        ☐ Evidentiary Hrg.
☐ Revocation             ☐ Scheduling Conf.     ☐ Show Cause
☐ Settlement Conference  ☐ Telephone Conf.      ☐ Sentencing
☐ Non-Jury Trial         ☐ Revocation/Prtrl/SupvRel/Prob
☒ Other  **Pretrial Conference**

Pending Motions: None
Discovery Status: Complete          Plea Status: Prob
Trial Status/Length: 1 Day          Trial Term: 10-30-06