**COURTROOM DEPUTY'S MINUTES**  **DATE:** 10/19/2006
**MIDDLE DISTRICT OF ALABAMA**  **DIGITAL RECORDING:** 2:59 - 3:21 pm
  **COURT REPORTER:** Jimmy Dickens

☐ ARRAIGNMENT  ☑ CHANGE OF PLEA  ☐ CONSENT PLEA
☐ RULE 44(c) HEARING  ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** DRB  **DEPUTY CLERK:** sql
**CASE NUMBER:** 3:06CR57-MHT  **DEFENDANT NAME:** Oras Keith DRIVER
**AUSA:** Brunson  **DEFENDANT ATTORNEY:** Mike Petersen

Type counsel ( )Waived; ( )Retained; ( )CJA; (☑)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? (☑)NO; ( )YES  Name:

---

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**  ☐ Not Guilty
  ☑ Guilty as to: 1
    ☑ Count(s):
    ☑ Count(s): 2  ☐ dismissed on oral motion of USA
      ☑ to be dismissed at sentencing

☑ Written plea agreement filed  ☐ ORDERED SEALED
☑ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts __1__.
☐ CRIMINAL TERM:  ☐ WAIVER OF SPEEDY TRIAL filed.
  **DISCOVERY DISCLOSURE DATE:**
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
  ☐ Trial on _____ ; ☐ Sentencing on _____
☑ ORDER: Defendant remanded to custody of U. S. Marshal for:
  ☐ Trial on _____ ; or ☑ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
  ☐ Defendant requests time to secure new counsel