# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.    MYRON H. THOMPSON,    JUDGE          AT MONTGOMERY   ALABAMA

DATE COMMENCED  January 18, 2007          AT   2:31    A.M./P.M.

DATE COMPLETED  January 18, 2007          AT   2:55    A.M./P.M.

UNITED STATES OF AMERICA                  Criminal Action
                                          3:06cr57-MHT
        VS.

ORAS KEITH DRIVER

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Kent B. Brunson | X | Atty Michael J. Petersen |
| AUSA John T. Harmon | X | |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, | Tashwanda Pinchback, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:        SENTENCING HEARING

| | |
|---|---|
| 2:31 p.m | Sentencing hearing commenced. Terms of plea agreement stated on the record. Probation concurs with plea agreement. Court accepts plea agreement. Sentence imposed. **ORAL MOTION** by the government for preliminary order of forfeiture to be included on the judgment. **ORAL ORDER** granting oral motion by government for preliminary order of forfeiture to be included on judgment. Government's **ORAL MOTION** to dismiss Count 2 of the Indictment. **ORAL ORDER** granting oral motion to dismiss. |
| 2:55 p.m | Hearing concluded. |