IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr57-MHT |
| | ) | |
| ORAS KEITH DRIVER | ) | |

<u>MOTION TO ADD PUBLICATION DATES TO RECORD</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to enter into the record the attached legal notice reflecting publication of the Notice of Criminal Forfeiture in the <u>Montgomery Independent</u> newspaper on May 10, 17 & 24, 2007, regarding the subject forfeiture action.

Respectfully submitted this 25th day of May, 2007.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2007, I electronically filed the foregoing Motion to Add Publication Dates to Record with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney