IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
     v.                     )   CRIMINAL ACTION NO.
                            )       3:06cr57-MHT
ORAS KEITH DRIVER           )
```

## ORDER

It is ORDERED that the motion to add publication dates to record (Doc. No. 32) is granted.

DONE, this the 1st day of June, 2007.

           /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE