PROB 12A
(7/93)

# United States District Court

for

## Middle District of Alabama

### Report on Offender Under Supervision

Name of Offender: Oras Keith Driver                                  Case Number: 3:06cr57-MHT

Name of Sentencing Judicial Officer: The Honorable Myron H. Thompson, U.S. District Judge

Date of Original Sentence: January 18, 2007

Original Offense: Possession of a Firearm by a Drug User or Addict  [18 U.S.C. 922(g)(3)]

Original Sentence: 4 months 20 days custody followed by 3 years of supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: January 22, 2007

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1: Mandatory Condition, **" The defendant shall refrain from any unlawful use of a controlled substance."** | On May 29, 2007, Driver submitted a urine sample that tested positive for cocaine. |

**U.S. Probation Officer Action:**   Driver is currently being supervised by the U.S. Probation Office for the Northern District of Alabama.  On June 11, 2007, his supervising probation officer, USPO Don Mosley, reported the above violation and noted that on same date  Driver met with he and Senior USPO Michelle Bryant, one of the drug and alcohol treatment specialists in the Birmingham office.  Driver admitted to use of cocaine.  As a result of the positive, Driver's frequency of testing will be increased and he will be placed in what is expected to be an intensive outpatient treatment program.  It is recommended that no punitive action be taken against Driver.  It should also be noted that a request for transfer of jurisdiction remains pending as the U.S. Probation Office in Birmingham has requested that jurisdiction be transferred to their court.

                                                                                                  Respectfully submitted,

                                           by          /s/ David Ron Thweatt
                                                              David Ron Thweatt
                                                              Supervisory U.S. Probation Officer
                                                              Date: June 12, 2007

**PROB 12A**
**(7/93)**

2

---

*The Court directs that additional action be taken as follows:*

[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other
[X]   Concur with Probation Officer's recommendation
[ ]   No action necessary

                                                 /s/ Myron H. Thompson
                                                 Signature of Judicial Officer

                                                 June 14, 2007
                                                 Date

Case 3:06-cr-00057-MHT-WC    Document 34    Filed 06/14/2007    Page 2 of 2