| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 3:06cr57-MHT |
|---|---|---|
| **TRANSFER OF JURISDICTION** *RECEIVED* | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Middle District of Alabama | DIVISION Eastern |
|---|---|---|
| 2007 JUN 29 | | |
| ORAS KEITH DRIVER | NAME OF SENTENCING JUDGE Honorable Myron H. Thompson | |
| DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DIST. ALA. | | |

| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|---|
| | Supervised Release | January 22, 2007 | January 21, 2010 |

| OFFENSE |
|---|
| Possession of a Firearm by a Drug User or Addict |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Middle___ DISTRICT OF ___Alabama___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of Alabama___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_June 16, 2007_    _[signature]_
Date                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___Alabama___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_June 21, 2007_    _[signature]_
Effective Date      United States District Judge